Argued and submitted July 24, conviction affirmed; sentence vacated; remanded for resentencing August 28, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## PETER MELSON,
*Appellant.*

(C8911-36112; CA A63826)

816 P2d 695

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Meg E. Kieran, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Warren and Deits, Judges.

PER CURIAM

**PER CURIAM**

Defendant was convicted of assault in the first degree. ORS 163.185. The court suspended imposition of sentence, placed him on probation for five years and imposed a $10,000 fine, which was not a condition of probation. The state concedes that the sentence is internally inconsistent and that the court lacked authority to suspend imposition of sentence *and also* to impose a sentence to pay a fine. *See State v. Vasby,* 101 Or App 1, 788 P2d 1024 (1990).

Conviction affirmed; sentence vacated; remanded for resentencing.